# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/27/25 |
| --- | --- |
| 2. Pay Date | 01/02/26 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| CUSUMANO CHRISTOPHER J | WS 05 04 | 40.80 | 61.20 | 0.00   0.00   0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6817 | 0.00 | E | 08/03/09 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| PENTAGON FEDERAL CREDIT UNI | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 0 | 420544 | S | 0 | 0 | COOLBAUGH TW NR | FERS:   5578.09 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 3264.00 | 3264.00 | TSP DATA | 10% |
| TAXABLE WAGES | 2586.90 | 2586.90 | | |
| NONTAXABLE WAGES | 350.70 | 350.70 | | |
| TAX DEFERRED WAGES | 326.40 | 326.40 | ROTH DATA | 5% |
| DEDUCTIONS | 1499.33 | 1499.33 | | |
| AEIC | | | | |
| NET PAY | 1764.67 | 1764.67 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 3264.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | Z5 | 14.08 | 14.08 | FEGLI OPTNL | ABC | 48.15 | 48.15 |
| FEHB | 112 | 303.61 | 303.61 | MEDICARE | | 42.24 | 42.24 |
| OASDI | | 180.62 | 180.62 | RETIRE, FERS | K | 26.11 | 26.11 |
| TAX, FEDERAL | | 142.74 | 142.74 | TAX, LOCAL | 420544 | 29.13 | 29.13 |
| TAX, LST | 420544 | 1.92 | 1.92 | TAX, STATE | PA | 89.44 | 89.44 |
| TSP LOANS | 010001G | 84.60 | 84.60 | TSP SAVINGS | | 326.40 | 326.40 |
| DENTAL | | 35.84 | 35.84 | VISION | | 11.25 | 11.25 |
| ROTH DED | | 163.20 | 163.20 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 34.00 | 8.00 | 200.00 | | 178.00 | | 56.00 | |
| SICK | 16.00 | 4.00 | 100.00 | | 97.50 | | 18.50 | |
| TIME OFF AWD | 36.00 | | 8.00 | | 44.00 | | | |
| HOLIDAY | | | | 30.00 | 120.00 | | | |
| ADMIN | | | | | 19.00 | | | |
| EXCUSED | | | | | 1.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 7.04 | 7.04 | FEHB | 714.23 | 714.23 |
| MEDICARE | 42.24 | 42.24 | OASDI | 180.62 | 180.62 |
| RETIRE, FERS | 600.58 | 600.58 | TSP BASIC | 32.64 | 32.64 |
| TSP MATCHING | 130.56 | 130.56 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $   303.61
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| | | | | | | |
|---|---|---|---|---|---|---|
| DEPARTMENT OF DEFENSE | | | | | | 1. Pay Period End 12/13/25 |
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | 2. Pay Date 12/19/25 |

| 3. Name CUSUMANO CHRISTOPHER J | 4. Pay Plan/Grade/Step WS 05 04 | 5. Hourly/Daily Rate 40.80 | 6. Basic OT Rate 61.20 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 0.00  0.00  0.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-6817 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 08/03/09 | 12. Max Leave Carry Over 240 / 13. Leave Year End 01/10/26 |
| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 420544 | S | 0 | 0 | COOLBAUGH TW NR | FERS: 5551.98 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 3264.00 | 84135.95 | TSP DATA | 10% |
| TAXABLE WAGES | 2563.34 | 66747.51 | | |
| NONTAXABLE WAGES | 374.26 | 9644.20 | | |
| TAX DEFERRED WAGES | 326.40 | 7744.24 | ROTH DATA | 5% |
| DEDUCTIONS | 1528.28 | 38333.81 | | |
| AEIC | | | | |
| NET PAY | 1735.72 | 45802.14 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3264.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (0) | | 1700.00 | FEGLI | Z5 | 14.08 | 333.76 |
| FEGLI OPTNL | ABC | 48.15 | 1150.90 | FEHB | 112 | 303.61 | 7811.84 |
| MEDICARE | | 41.90 | 1080.13 | OASDI | | 179.17 | 4618.49 |
| RETIRE, FERS | K | 26.11 | 619.58 | TAX, FEDERAL | | 150.79 | 4148.18 |
| TAX, LOCAL | 420544 | 28.90 | 744.91 | TAX, LST | 420544 | 2.00 | 52.00 |
| TAX, STATE | PA | 88.72 | 2286.90 | TSP LOANS | 010001G | 84.60 | 338.40 |
| TSP SAVINGS | | 326.40 | 7744.24 | DENTAL | | 53.77 | 1394.06 |
| VISION | | 16.88 | 438.30 | ROTH DED | | 163.20 | 3872.12 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 192.00 | 16.50 | 178.00 | | 48.00 | |
| SICK | 16.00 | 4.00 | 96.00 | 10.00 | 97.50 | | 14.50 | |
| TIME OFF AWD | 36.00 | | 8.00 | | 44.00 | | | |
| HOLIDAY | | | | | 90.00 | | | |
| ADMIN | | | | | 18.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.04 | 166.88 | FEHB | 714.23 | 18433.88 |
| MEDICARE | 41.90 | 1080.13 | OASDI | 179.17 | 4618.49 |
| RETIRE, FERS | 600.58 | 14249.53 | TSP BASIC | 32.64 | 774.34 |
| TSP MATCHING | 130.56 | 3097.78 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $ 303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| CUSUMANO CHRISTOPHER J | WS 05 04 | 40.80 | 61.20 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6817 | 0.00 | E | 08/03/09 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PENTAGON FEDERAL CREDIT UNI | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 420544 | S | 0 | 0 | COOLBAUGH TW NR | FERS: 5525.87 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 5278.80 | 80871.95 | TSP DATA | | 10% |
| TAXABLE WAGES | 4468.46 | 64184.17 | | | |
| NONTAXABLE WAGES | 374.26 | 9269.94 | | | |
| TAX DEFERRED WAGES | 436.08 | 7417.84 | ROTH DATA | | 5% |
| DEDUCTIONS | 2186.12 | 36805.53 | | | |
| AEIC | | | | | |
| NET PAY | 3092.68 | 44066.42 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3264.00 | OVERTIME | 15.00 | 918.00 | | | |

### RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | 1096.80 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (0) | | 1700.00 | FEGLI | Z5 | 18.88 | 319.68 |
| FEGLI OPTNL | ABC | 63.15 | 1102.75 | FEHB | 112 | 303.61 | 7508.23 |
| MEDICARE | | 71.12 | 1038.23 | OASDI | | 304.08 | 4439.32 |
| RETIRE, FERS | K | 34.87 | 593.47 | TAX, FEDERAL | | 379.39 | 3997.39 |
| TAX, LOCAL | 420544 | 49.06 | 716.01 | TAX, LST | 420544 | 2.00 | 50.00 |
| TAX, STATE | PA | 150.59 | 2198.18 | TSP LOANS | 010001G | 84.60 | 253.80 |
| TSP SAVINGS | | 436.08 | 7417.84 | DENTAL | | 53.77 | 1340.29 |
| VISION | | 16.88 | 421.42 | ROTH DED | | 218.04 | 3708.92 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 184.00 | 12.50 | 161.50 | | 56.50 | |
| SICK | 16.00 | 4.00 | 92.00 | | 87.50 | | 20.50 | |
| TIME OFF AWD | 36.00 | | 8.00 | | 44.00 | | | |
| HOLIDAY | | | | 10.00 | 90.00 | | | |
| ADMIN | | | | | 18.00 | | | |
| EXCUSED | | | | | 1.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 9.44 | 159.84 | FEHB | 714.23 | 17719.65 |
| MEDICARE | 71.12 | 1038.23 | OASDI | 304.08 | 4439.32 |
| RETIRE, FERS | 802.39 | 13648.95 | TSP BASIC | 43.62 | 741.70 |
| TSP MATCHING | 174.42 | 2967.22 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION,
ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG
IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   303.61
RETROACTIVE PERSONNEL DATA PROCESSED.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF DEFENSE | | | | | 1. Pay Period End 11/15/25 |
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | | | | 2. Pay Date 11/21/25 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | |

| 3. Name CUSUMANO CHRISTOPHER J | 4. Pay Plan/Grade/Step WS 05 04 | 5. Hourly/Daily Rate 36.23 | 6. Basic OT Rate 54.35 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay  0.00   0.00   0.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-6817 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 08/03/09 | 12. Max Leave Carry Over 240 / 13. Leave Year End 01/10/26 |
| 14. Financial Institution - Net Pay PENTAGON FEDERAL CREDIT UNI | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 420544 | S | 0 | 0 | COOLBAUGH TW NR | FERS: 5491.00 | |
| PA | M | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2898.40 | 75593.15 | TSP DATA | 10% |
| TAXABLE WAGES | 2234.30 | 59715.71 | | |
| NONTAXABLE WAGES | 374.26 | 8895.68 | | |
| TAX DEFERRED WAGES | 289.84 | 6981.76 | ROTH DATA | 5% |
| DEDUCTIONS | 1381.57 | 34619.41 | | |
| AEIC | | | | |
| NET PAY | 1516.83 | 40973.74 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2898.40 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (0) | | 1700.00 | FEGLI | Z5 | 12.48 | 300.80 |
| FEGLI OPTNL | ABC | 43.15 | 1039.60 | FEHB | 112 | 303.61 | 7204.62 |
| MEDICARE | | 36.60 | 967.11 | OASDI | | 156.49 | 4135.24 |
| RETIRE, FERS | K | 23.19 | 558.60 | TAX, FEDERAL | | 111.31 | 3618.00 |
| TAX, LOCAL | 420544 | 25.24 | 666.95 | TAX, LST | 420544 | 2.00 | 48.00 |
| TAX, STATE | PA | 77.49 | 2047.59 | TSP LOANS | 010001G | 84.60 | 169.20 |
| TSP SAVINGS | | 289.84 | 6981.76 | DENTAL | | 53.77 | 1286.52 |
| VISION | | 16.88 | 404.54 | ROTH DED | | 144.92 | 3490.88 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.00 | 8.00 | 176.00 | 9.25 | 149.00 | | 61.00 | |
| SICK | 16.00 | 4.00 | 88.00 | | 87.50 | | 16.50 | |
| TIME OFF AWD | 36.00 | | 8.00 | | 44.00 | | | |
| HOLIDAY | | | | 10.00 | 80.00 | | | |
| ADMIN | | | | | 17.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.24 | 150.40 | FEHB | 714.23 | 17005.42 |
| MEDICARE | 36.60 | 967.11 | OASDI | 156.49 | 4135.24 |
| RETIRE, FERS | 533.31 | 12846.56 | TSP BASIC | 28.98 | 698.08 |
| TSP MATCHING | 115.94 | 2792.80 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $   303.61

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**