

**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA  18444
570/842-7461

Pay Begin Date:  11/02/2025
Pay End Date:  11/08/2025

P'Soft Check/Advice #:  000000041482750
Advice Date:  11/14/2025

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA  18424

Employee ID:  300697236
Store/Div:  0414
Department:  2699
Pay Rate:  $22.050000 Hourly
OT 1.5 Rate:  NA

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 29.10 | 641.66 | 1,615.60 | 34,942.34 |
| Personal Pay | 22.050000 | 8.00 | 176.40 | 16.00 | 352.80 |
| Vacation Pay | 22.050000 | 8.00 | 176.40 | 91.75 | 2,002.69 |
| Overtime 1.5 | | | 0.00 | 20.20 | 651.29 |
| Sun. + $2.00 | | | 0.00 | 43.00 | 1,008.49 |
| Holiday +2.00 | | | 0.00 | 13.80 | 321.52 |
| Holiday Straight Pay NP | | | 0.00 | 48.00 | 1,031.20 |
| Holiday 1.5 Pay | | | 0.00 | 7.00 | 231.53 |
| **TOTAL:** | | **45.10** | **994.46** | **1,855.35** | **40,541.86** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 115.13 | 4,671.71 |
| Fed MED/EE | 14.42 | 587.86 |
| Fed OASDI/EE | 61.66 | 2,513.60 |
| PA Unempl EE | 0.70 | 28.38 |
| PA Withholding | 30.53 | 1,244.64 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 46.00 |
| PA COVINGTON TWP Withholding | 9.94 | 405.45 |
| **TOTAL:** | **233.38** | **9,497.64** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 99.45 | 4,054.17 |
| Work Clothes/Uniforms | 0.00 | 42.50 |
| **TOTAL:** | **99.45** | **4,096.67** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 994.46 | 994.46 | 233.38 | 99.45 | 661.63 |
| YTD | 40,541.86 | 40,541.86 | 9,497.64 | 4,096.67 | 26,947.55 |

## NET PAY DISTRIBUTION

Advice #000000041482750

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *******021 | 661.63 |
| **TOTAL:** | | **661.63** |



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

| | |
|---|---|
| Pay Begin Date: | 11/09/2025 |
| Pay End Date: | 11/15/2025 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000041534135 |
| Advice Date: | 11/21/2025 |

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA 18424

| | |
|---|---|
| Employee ID: | 300697236 |
| Store/Div: | 0414 |
| Department: | 2699 |
| Pay Rate: | $22.050000 Hourly |
| OT 1.5 Rate: | NA |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 31.20 | 687.96 | 1,646.80 | 35,630.30 |
| Vacation Pay | 22.050000 | 8.00 | 176.40 | 99.75 | 2,179.09 |
| Overtime 1.5 | | 0.00 | 0.00 | 20.20 | 651.29 |
| Sun. + $2.00 | | 0.00 | 0.00 | 43.00 | 1,008.49 |
| Personal Pay | | 0.00 | 0.00 | 16.00 | 352.80 |
| Holiday +2.00 | | 0.00 | 0.00 | 13.80 | 321.52 |
| Holiday Straight Pay NP | | 0.00 | 0.00 | 48.00 | 1,031.20 |
| Holiday 1.5 Pay | | 0.00 | 0.00 | 7.00 | 231.53 |
| **TOTAL:** | | **39.20** | **864.36** | **1,894.55** | **41,406.22** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 99.52 | 4,771.23 |
| Fed MED/EE | 12.53 | 600.39 |
| Fed OASDI/EE | 53.59 | 2,567.19 |
| PA Unempl EE | 0.60 | 28.98 |
| PA Withholding | 26.54 | 1,271.18 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 47.00 |
| PA COVINGTON TWP Withholding | 8.64 | 414.09 |
| **TOTAL:** | **202.42** | **9,700.06** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 86.44 | 4,140.61 |
| Work Clothes/Uniforms | 3.00 | 45.50 |
| **TOTAL:** | **89.44** | **4,186.11** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 864.36 | 864.36 | 202.42 | 89.44 | 572.50 |
| YTD | 41,406.22 | 41,406.22 | 9,700.06 | 4,186.11 | 27,520.05 |

## NET PAY DISTRIBUTION

Advice #000000041534135

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******021 | 572.50 |
| **TOTAL:** | | **572.50** |



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

Pay Begin Date: 11/16/2025
Pay End Date: 11/22/2025

P'Soft Check/Advice #: 000000041585535
Advice Date: 11/26/2025

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA 18424

Employee ID: 300697236
Store/Div: 0414
Department: 2699
Pay Rate: $22.050000 Hourly
OT 1.5 Rate: NA

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 39.65 | 874.28 | 1,686.45 | 36,504.58 |
| Overtime 1.5 | | 0.00 | | 20.20 | 651.29 |
| Sun. + $2.00 | | 0.00 | | 43.00 | 1,008.49 |
| Personal Pay | | 0.00 | | 16.00 | 352.80 |
| Vacation Pay | | 0.00 | | 99.75 | 2,179.09 |
| Holiday +2.00 | | 0.00 | | 13.80 | 321.52 |
| Holiday Straight Pay NP | | 0.00 | | 48.00 | 1,031.20 |
| Holiday 1.5 Pay | | 0.00 | | 7.00 | 231.53 |
| **TOTAL:** | | **39.65** | **874.28** | **1,934.20** | **42,280.50** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 100.71 | 4,871.94 |
| Fed MED/EE | 12.68 | 613.07 |
| Fed OASDI/EE | 54.20 | 2,621.39 |
| PA Unempl EE | 0.62 | 29.60 |
| PA Withholding | 26.84 | 1,298.02 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 48.00 |
| PA COVINGTON TWP Withholding | 8.74 | 422.83 |
| **TOTAL:** | **204.79** | **9,904.85** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 87.43 | 4,228.04 |
| Work Clothes/Uniforms | 3.00 | 48.50 |
| **TOTAL:** | **90.43** | **4,276.54** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 874.28 | 874.28 | 204.79 | 90.43 | 579.06 |
| YTD | 42,280.50 | 42,280.50 | 9,904.85 | 4,276.54 | 28,099.11 |

### NET PAY DISTRIBUTION

Advice #000000041585535

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******021 | 579.06 |
| **TOTAL:** | | **579.06** |



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

| | | |
|---|---|---|
| Pay Begin Date: | 11/23/2025 | P'Soft Check/Advice #: 000000041637248 |
| Pay End Date: | 11/29/2025 | Advice Date: 12/05/2025 |

| | | | |
|---|---|---|---|
| Natashia Cusumano | Employee ID: 300697236 | | |
| 1044 Oneida Drive | Store/Div: 0414 | | |
| Gouldsboro, PA 18424 | Department: 2699 | | |
| | Pay Rate: $22.050000 Hourly | | |
| | OT 1.5 Rate: $33.08 | | |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 32.00 | 705.60 | 1,718.45 | 37,210.18 |
| Overtime 1.5 | 33.074194 | 3.10 | 102.53 | 23.30 | 753.82 |
| Holiday Straight Pay NP | 22.050000 | 8.00 | 176.40 | 56.00 | 1,207.60 |
| Sun. + $2.00 | | 0.00 | 0.00 | 43.00 | 1,008.49 |
| Personal Pay | | 0.00 | 0.00 | 16.00 | 352.80 |
| Vacation Pay | | 0.00 | 0.00 | 99.75 | 2,179.09 |
| Holiday +2.00 | | 0.00 | 0.00 | 13.80 | 321.52 |
| Holiday 1.5 Pay | | 0.00 | 0.00 | 7.00 | 231.53 |
| **TOTAL:** | | **43.10** | **984.53** | **1,977.30** | **43,265.03** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 113.94 | 4,985.88 |
| Fed MED/EE | 14.27 | 627.34 |
| Fed OASDI/EE | 61.04 | 2,682.43 |
| PA Unempl EE | 0.69 | 30.29 |
| PA Withholding | 30.23 | 1,328.25 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 49.00 |
| PA COVINGTON TWP Withholding | 9.85 | 432.68 |
| **TOTAL:** | **231.02** | **10,135.87** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 98.45 | 4,326.49 |
| Work Clothes/Uniforms | 3.00 | 51.50 |
| **TOTAL:** | **101.45** | **4,377.99** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 984.53 | 984.53 | 231.02 | 101.45 | 652.06 |
| YTD | 43,265.03 | 43,265.03 | 10,135.87 | 4,377.99 | 28,751.17 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000041637248 | Checking | ******021 | 652.06 |
| **TOTAL:** | | | **652.06** |



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA  18444
570/842-7461

| Pay Begin Date: | 11/30/2025 |
| --- | --- |
| Pay End Date: | 12/06/2025 |

| P'Soft Check/Advice #: | 000000041692343 |
| --- | --- |
| Advice Date: | 12/12/2025 |

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA  18424

| Employee ID: | 300697236 |
| --- | --- |
| Store/Div: | 0414 |
| Department: | 2699 |
| Pay Rate: | $22.050000 Hourly |
| OT 1.5 Rate: | $33.08 |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 22.050000 | 34.20 | 754.11 | 1,752.65 | 37,964.29 |
| Overtime 1.5 | 22.316782 | 3.50 | 116.23 | 26.80 | 870.05 |
| [O/T derived rate] | 33.208571 | | | | |
| Sun. + $2.00 | 24.050000 | 5.80 | 139.49 | 48.80 | 1,147.98 |
| Vacation Non-Prod Payout | 22.050000 | 10.25 | 226.01 | 10.25 | 226.01 |
| Personal Pay | | 0.00 | | 16.00 | 352.80 |
| Vacation Pay | | 0.00 | | 99.75 | 2,179.09 |
| Holiday +2.00 | | 0.00 | | 13.80 | 321.52 |
| Holiday Straight Pay NP | | 0.00 | | 56.00 | 1,207.60 |
| Holiday 1.5 Pay | | 0.00 | | 7.00 | 231.53 |
| **TOTAL:** | | **53.75** | **1,235.84** | **2,031.05** | **44,500.87** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholding | 145.62 | 5,131.50 |
| Fed MED/EE | 17.92 | 645.26 |
| Fed OASDI/EE | 76.62 | 2,759.05 |
| PA Unempl EE | 0.86 | 31.15 |
| PA Withholding | 37.94 | 1,366.19 |
| PA COVINGTON TWP | 1.00 | 50.00 |
| (M + SD) LS Tax | | |
| PA COVINGTON TWP Withholding | 12.36 | 445.04 |
| **TOTAL:** | **292.32** | **10,428.19** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Roth 401k | 123.58 | 4,450.07 |
| Work Clothes/Uniforms | 3.00 | 54.50 |
| **TOTAL:** | **126.58** | **4,504.57** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,235.84 | 1,235.84 | 292.32 | 126.58 | 816.94 |
| YTD | 44,500.87 | 44,500.87 | 10,428.19 | 4,504.57 | 29,568.11 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000041692343 | Checking | ******021 | 816.94 |
| **TOTAL:** | | | **816.94** |



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

| | |
|---|---|
| Pay Begin Date: | 12/07/2025 |
| Pay End Date: | 12/13/2025 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000041745637 |
| Advice Date: | 12/19/2025 |

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA 18424

| | |
|---|---|
| Employee ID: | 300697236 |
| Store/Div: | 0414 |
| Department: | 2699 |
| Pay Rate: | $22.050000 Hourly |
| OT 1.5 Rate: | $33.08 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | 35.00 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 32.00 | 705.60 | 1,784.65 | 38,669.89 |
| Overtime 1.5 | 22.406459 | 4.90 | 162.94 | 31.70 | 1,032.99 |
| [O/T derived rate] | 33.253061 | | | | |
| Sun. + $2.00 | 24.050000 | 8.00 | 192.40 | 56.80 | 1,340.38 |
| Vacation Pay | 22.050000 | 10.00 | 220.50 | 109.75 | 2,399.59 |
| Personal Pay | | 0.00 | | 16.00 | 352.80 |
| Holiday +2.00 | | 0.00 | | 13.80 | 321.52 |
| Holiday Straight Pay NP | | 0.00 | | 56.00 | 1,207.60 |
| Holiday 1.5 Pay | | 0.00 | | 7.00 | 231.53 |
| Vacation Non-Prod Payout | | 0.00 | | 10.25 | 226.01 |
| **TOTAL:** | | **54.90** | **1,281.44** | **2,085.95** | **45,782.31** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 155.65 | 5,287.15 |
| Fed MED/EE | 18.58 | 663.84 |
| Fed OASDI/EE | 79.45 | 2,838.50 |
| PA Unempl EE | 0.90 | 32.05 |
| PA Withholding | 39.34 | 1,405.53 |
| PA COVINGTON TWP | 1.00 | 51.00 |
| (M + SD) LS Tax | | |
| PA COVINGTON TWP Withholding | 12.81 | 457.85 |
| **TOTAL:** | **307.73** | **10,735.92** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 128.14 | 4,578.21 |
| Work Clothes/Uniforms | 3.00 | 57.50 |
| **TOTAL:** | **131.14** | **4,635.71** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,281.44 | 1,281.44 | 307.73 | 131.14 | 842.57 |
| YTD | 45,782.31 | 45,782.31 | 10,735.92 | 4,635.71 | 30,410.68 |

## NET PAY DISTRIBUTION

Advice #000000041745637

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *******021 | 842.57 |
| **TOTAL:** | | **842.57** |



**Bracey Supermarket, Inc.**  
921 Drinker Turnpike, Suite 24  
Covington Township, PA  18444  
570/842-7461

Pay Begin Date: 12/14/2025  
Pay End Date: 12/20/2025

P'Soft Check/Advice #: 000000041797893  
Advice Date: 12/26/2025

Natashia Cusumano  
1044 Oneida Drive  
Gouldsboro, PA  18424

Employee ID: 300697236  
Store/Div: 0414  
Department: 2699  
Pay Rate: $22.050000 Hourly  
OT 1.5 Rate: $33.08

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 40.00 | 882.00 | 1,824.65 | 39,551.89 |
| Overtime 1.5 | 33.076923 | 1.30 | 43.00 | 33.00 | 1,075.99 |
| Sun. + $2.00 | | | 0.00 | 56.80 | 1,340.38 |
| Personal Pay | | | 0.00 | 16.00 | 352.80 |
| Vacation Pay | | | 0.00 | 109.75 | 2,399.59 |
| Holiday +2.00 | | | 0.00 | 13.80 | 321.52 |
| Holiday Straight Pay NP | | | 0.00 | 56.00 | 1,207.60 |
| Holiday 1.5 Pay | | | 0.00 | 7.00 | 231.53 |
| Vacation Non-Prod Payout | | | 0.00 | 10.25 | 226.01 |
| **TOTAL:** | | **41.30** | **925.00** | **2,127.25** | **46,707.31** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 106.80 | 5,393.95 |
| Fed MED/EE | 13.42 | 677.26 |
| Fed OASDI/EE | 57.35 | 2,895.85 |
| PA Unempl EE | 0.65 | 32.70 |
| PA Withholding | 28.40 | 1,433.93 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 52.00 |
| PA COVINGTON TWP Withholding | 9.25 | 467.10 |
| **TOTAL:** | **216.87** | **10,952.79** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 92.50 | 4,670.71 |
| Work Clothes/Uniforms | 3.00 | 60.50 |
| **TOTAL:** | **95.50** | **4,731.21** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 925.00 | 925.00 | 216.87 | 95.50 | 612.63 |
| YTD | 46,707.31 | 46,707.31 | 10,952.79 | 4,731.21 | 31,023.31 |

## NET PAY DISTRIBUTION

Advice #000000041797893

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******021 | 612.63 |

**TOTAL:** 612.63

**MESSAGE:**



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

| | |
|---|---|
| Pay Begin Date: | 12/21/2025 |
| Pay End Date: | 12/27/2025 |
| P'Soft Check/Advice #: | 000000041849517 |
| Advice Date: | 01/02/2026 |

Natashia Cusumano
1044 Oneida Drive
Gouldsboro, PA 18424

| | |
|---|---|
| Employee ID: | 300697236 |
| Store/Div: | 0414 |
| Department: | 2699 |
| Pay Rate: | $22.050000 Hourly |
| OT 1.5 Rate: | $33.08 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 23.65 | 521.48 | 23.65 | 521.48 |
| Overtime 1.5 | 33.077419 | 1.55 | 51.27 | 1.55 | 51.27 |
| Sun. + $2.00 | 24.050000 | 8.35 | 200.82 | 8.35 | 200.82 |
| Holiday Straight Pay NP | 22.050000 | 8.00 | 176.40 | 8.00 | 176.40 |
| **TOTAL:** | | **41.55** | **949.97** | **41.55** | **949.97** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 109.79 | 109.79 |
| Fed MED/EE | 13.77 | 13.77 |
| Fed OASDI/EE | 58.90 | 58.90 |
| PA Unempl EE | 0.66 | 0.66 |
| PA Withholding | 29.16 | 29.16 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 1.00 |
| PA COVINGTON TWP Withholding | 9.50 | 9.50 |
| **TOTAL:** | **222.78** | **222.78** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 95.00 | 95.00 |
| Work Clothes/Uniforms | 3.00 | 3.00 |
| **TOTAL:** | **98.00** | **98.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 949.97 | 949.97 | 222.78 | 98.00 | 629.19 |
| YTD | 949.97 | 949.97 | 222.78 | 98.00 | 629.19 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000041849517 | Checking | ******021 | 629.19 |
| **TOTAL:** | | | **629.19** |

**MESSAGE:**



**Bracey Supermarket, Inc.**
921 Drinker Turnpike, Suite 24
Covington Township, PA 18444
570/842-7461

Pay Begin Date: 12/28/2025
Pay End Date: 01/03/2026

P'Soft Check/Advice #: 000000041900949
Advice Date: 01/09/2026

**Natashia Cusumano**
1044 Oneida Drive
Gouldsboro, PA 18424

Employee ID: 300697236
Store/Div: 0414
Department: 2699
Pay Rate: $22.050000 Hourly
OT 1.5 Rate: $33.08

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | 35.00 | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 22.050000 | 28.50 | 628.43 | 52.15 | 1,149.91 |
| Overtime 1.5 | 33.078571 | 1.40 | 46.31 | 2.95 | 97.58 |
| Holiday +2.00 | 24.050000 | 3.50 | 84.18 | 3.50 | 84.18 |
| Holiday Straight Pay NP | 22.050000 | 8.00 | 176.40 | 16.00 | 352.80 |
| Sun. + $2.00 | | 0.00 | | 8.35 | 200.82 |
| **TOTAL:** | | **41.40** | **935.32** | **82.95** | **1,885.29** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 108.04 | 217.83 |
| Fed MED/EE | 13.57 | 27.34 |
| Fed OASDI/EE | 57.99 | 116.89 |
| PA Unempl EE | 0.66 | 1.32 |
| PA Withholding | 28.71 | 57.87 |
| PA COVINGTON TWP (M + SD) LS Tax | 1.00 | 2.00 |
| PA COVINGTON TWP Withholding | 9.35 | 18.85 |
| **TOTAL:** | **219.32** | **442.10** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 93.53 | 188.53 |
| Work Clothes/Uniforms | 3.00 | 6.00 |
| **TOTAL:** | **96.53** | **194.53** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 935.32 | 935.32 | 219.32 | 96.53 | 619.47 |
| YTD | 1,885.29 | 1,885.29 | 442.10 | 194.53 | 1,248.66 |

### NET PAY DISTRIBUTION

Advice #000000041900949

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******021 | 619.47 |
| **TOTAL:** | | **619.47** |

**MESSAGE:**