Certificate Number: 17082-PAM-DE-040518409

Bankruptcy Case Number: 26-00066



17082-PAM-DE-040518409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2026, at 4:49 o'clock AM MST, NATASHIA CUSUMANO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 17, 2026  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director