IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER J CUSUMANO<br>*AKA* CHRIS CUSUMANO<br>*AKA* CHRISTOPHER JOSEPH CUSUMANO<br>*AKA* CHRISTOPHER CUSUMANO<br>NATASHIA CUSUMANO<br>*AKA* TASHA CUSUMANO<br>*AKA* NATASHA CUSUMANO<br>*FKA* NATASHA STRAND<br>    Debtors,<br><br>NEW DAY FINANCIAL, LLC<br>    Movant,<br><br>        v.<br><br>CHRISTOPHER J CUSUMANO and<br>NATASHIA CUSUMANO, and<br>JACK N ZAHAROPOULOS, Trustee,<br>    Respondents. | Bankruptcy No. 5:26-BK-00066-MJC<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, New Day Financial, LLC (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Objection to Confirmation of the Debtor's Chapter 13 Plan (the "Objection") filed January 12, 2026, stating as follows:

    **1.**    Respondents, Christopher J. Cusumano and Natashia Cusumano (the "Debtors") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on January 12, 2026 (the "Petition Date").

    **2.**    Jack N Zaharopoulos is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

    **3.**    New Day Financial, LLC holds a mortgage (the "Mortgage") on the Debtor's real property located at 1044 Oneida Dr Gouldsboro, PA 18424 ("Property"), recorded in the Office of the Recorder of Deeds for Wayne County, Pennsylvania, to secure a Note (the "Note") with a

principal balance of $227,000.00. True and correct copies of the Mortgage and Assignment of Mortgage are attached hereto as Exhibits "A", and "B" respectively.

4. The Total Debt on the Note as of December 12, 2025, was $223,707.81. The total pre-petition arrears due at the Petition Date were $00.00. These amounts will be outlined in the Proof of Claim that will be filed by Movant prior to the bar date.

5. Debtor's Chapter 13 Plan filed January 12, 2026, fails to list how Movant's claim will be treated in plan.

6. The Debtor's Chapter 13 Plan fails to provide for Movants claim and therefore fails to comply with 11 U.S.C. § 1322.

7. The Movant's Proof of Claim should govern.

WHEREFORE, Movant, New Day Financial, LLC respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Plan.

Dated: January 27, 2026

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Movant*