IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER J CUSUMANO<br>*AKA* CHRIS CUSUMANO<br>*AKA* CHRISTOPHER JOSEPH CUSUMANO<br>*AKA* CHRISTOPHER CUSUMANO<br>NATASHIA CUSUMANO<br>*AKA* TASHA CUSUMANO<br>*AKA* NATASHA CUSUMANO<br>*FKA* NATASHA STRAND<br>    Debtors,<br><br>NEW DAY FINANCIAL, LLC<br>    Movant,<br><br>        v.<br><br>CHRISTOPHER J CUSUMANO and<br>NATASHIA CUSUMANO, and<br>JACK N ZAHAROPOULOS, Trustee,<br>    Respondents. | Bankruptcy No. 5:26-BK-00066-MJC<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 27, 2026, I served copies of Movant New Day Financial, LLC's Objection to Confirmation of Debtor's Chapter 13 Plan filed January 12, 2026 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Service via 1st Class Mail

| | |
|---|---|
| **Christopher J Cusumano**<br>**Natashia Cusumano**<br>1044 Oneida Dr<br>Gouldsboro, PA 18424 | **Carlo Sabatini**<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 |

Service Via Electronic Communication

| | |
|---|---|
| **Jack N Zaharopoulos**<br>**Standing Chapter 13 Trustee**<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | **United States Trustee**<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Movant*