# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>CHRISTOPHER J CUSUMANO<br>NATASHIA CUSUMANO<br><br>**Debtor(s)**<br><br><br>NEW DAY FINANCIAL, LLC<br><br>**Plaintiff(s)/Movants**<br><br>vs.<br>CHRISTOPHER J CUSUMANO<br>NATASHIA CUSUMANO<br><br>**Defendant(s)/Respondent(s)** | **CHAPTER CASE NO.**<br>**ADV. NO.**<br>**NATURE OF PROCEEDING:**<br>**DOCUMENT No.** | 5:26-BK-00066-MJC<br>13<br>- -ap-<br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br>13 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 29, 2026      /s/ Keri P. Ebeck
                             Attorney for:   Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.