United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 26-00066-MJC
Christopher J Cusumano  Chapter 13
Natashia Cusumano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 4
Date Rcvd: Feb 24, 2026  Form ID: ntcnfhrg  Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J Cusumano, Natashia Cusumano, 1044 Oneida Dr, Gouldsboro, PA 18424-8141 |
| cr | + | New Day Financial, LLC, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 5771859 | | Dept of Defense Thrift Savings Plan, ThriftLine Service Center, c/o Broadridge Processing PO Box 1600, Newark, NJ 07101-1600 |
| 5771862 | | Ethos Group, PO Box 140249, Irving, TX 75014-0249 |
| 5771869 | + | NewDay USA, 360 S Rosemary Ave, Suite 1900, West Palm Beach, FL 33401-6058 |
| 5771874 | + | Progressive Financial Services Inc, PO Box 24098, Tempe, AZ 85285-4098 |
| 5771890 | + | Zurich, Universal Underwriters Service Corporati, PO Box 7922, Shawnee Mission, KS 66207-0922 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5771848 | + | Email/Text: Contact@finbounce.com | Feb 24 2026 18:47:00 | Bounce AI Inc., 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |
| 5771849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 18:46:16 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5771850 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 18:46:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5771851 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2026 18:56:50 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5772770 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2026 18:46:35 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5781317 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2026 18:46:42 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5771852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:51 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5771853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:55 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5771854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitybank/caesars, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5771855 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitybank/caesars, PO Box 182789, Columbus, OH 43218-2789 |
| 5771856 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitycb/ULTA, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5771857 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 5771860 | | Email/Text: mrdiscen@discover.com | | |

| | | | |
|---|---|---|---|
| | | Feb 24 2026 18:47:00 | Discovercard, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5771858 | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Feb 24 2026 18:47:00 | Defense Finance and Accounting Services, Attention: DFAS HGA/CL, PO Box 998002, Cleveland, OH 44199-8002 |
| 5771861 | Email/Text: mrdiscen@discover.com | Feb 24 2026 18:47:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5780278 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2026 18:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5778609 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 24 2026 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5779415 | + Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5771864 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 18:46:40 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5771863 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 18:46:15 | Jpmcb Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5782235 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2026 18:46:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771866 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:54 | Macys/cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5771865 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:51 | Macys/cbna, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5771867 | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 24 2026 18:47:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5771868 | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 24 2026 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |
| 5780052 | + Email/Text: bkmailings@nbsdefaultservices.com | Feb 24 2026 18:47:00 | New Day Financial, LLC DBA NewDay USA, PO Box 4638, Englewood, Colorado 80155-4638 |
| 5771870 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 24 2026 18:47:00 | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 5771871 | Email/PDF: cbp@omf.com | Feb 24 2026 18:46:40 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5780009 | + Email/PDF: cbp@omf.com | Feb 24 2026 18:46:27 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5771873 | Email/Text: bkrgeneric@penfed.org | Feb 24 2026 18:47:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5771872 | Email/Text: bkrgeneric@penfed.org | Feb 24 2026 18:47:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5771875 | + Email/Text: bankruptcy@marinerfinance.com | Feb 24 2026 18:47:00 | Regency Finance Co, c/o Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 5771876 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:27 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5771877 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:27 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5771878 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:27 | Syncb/jc Penney, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5771879 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:39 | Syncb/jc Penney Dc, PO Box 71729, Philadelphia, PA 19176-1729 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5771880 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:27 | Syncb/tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5771881 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:13 | Syncb/tjx Cos Dc, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5771882 | | Email/Text: bncmail@w-legal.com | Feb 24 2026 18:47:00 | Td Bank USA/Targetcred, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5771883 | | Email/Text: bncmail@w-legal.com | Feb 24 2026 18:47:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5775975 | + | Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5774159 | + | Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5771884 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 5771886 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 5771885 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, PO Box 47504, San Antonio, TX 78265 |
| 5771887 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2026 18:46:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 5771889 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 24 2026 18:46:18 | Wfbna Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5771888 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 24 2026 18:46:16 | Wfbna Card, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5772747 | *+ | Bounce AI, Inc, 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2026　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Natashia Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Christopher J Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor New Day Financial LLC kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher J Cusumano,<br>aka Chris Cusumano, aka Christopher Joseph Cusumano,<br>aka Christopher Cusumano,<br><br>**Debtor 1**<br><br>Natashia Cusumano,<br>aka Tasha Cusumano, aka Natasha Cusumano, fka<br>Natasha Strand,<br><br>**Debtor 2** | Chapter 13<br><br>Case No.   5:26−bk−00066−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 26, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 2, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2026 |

ntcnfhrg (08/21)