United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 26-00066-MJC
Christopher J Cusumano  Chapter 13
Natashia Cusumano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Feb 24, 2026     Form ID: pdf002     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J Cusumano, Natashia Cusumano, 1044 Oneida Dr, Gouldsboro, PA 18424-8141 |
| cr | + | New Day Financial, LLC, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 5771859 | | Dept of Defense Thrift Savings Plan, ThriftLine Service Center, c/o Broadridge Processing PO Box 1600, Newark, NJ 07101-1600 |
| 5771862 | | Ethos Group, PO Box 140249, Irving, TX 75014-0249 |
| 5771869 | + | NewDay USA, 360 S Rosemary Ave, Suite 1900, West Palm Beach, FL 33401-6058 |
| 5771874 | + | Progressive Financial Services Inc, PO Box 24098, Tempe, AZ 85285-4098 |
| 5771890 | + | Zurich, Universal Underwriters Service Corporati, PO Box 7922, Shawnee Mission, KS 66207-0922 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5771848 | + | Email/Text: Contact@finbounce.com | Feb 24 2026 18:47:00 | Bounce AI Inc., 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |
| 5771849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 18:46:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5771850 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2026 18:46:33 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5771851 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 24 2026 18:56:51 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5772770 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2026 18:46:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5781317 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2026 18:46:35 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5771852 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:58 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5771853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:59 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5771854 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitybank/caesars, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5771855 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitybank/caesars, PO Box 182789, Columbus, OH 43218-2789 |
| 5771856 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitycb/ULTA, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5771857 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2026 18:47:00 | Comenitycb/ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 5771860 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 24 2026 18:47:00 | Discovercard, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5771858 | | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Feb 24 2026 18:47:00 | Defense Finance and Accounting Services, Attention: DFAS HGA/CL, PO Box 998002, Cleveland, OH 44199-8002 |
| 5771861 | | Email/Text: mrdiscen@discover.com | Feb 24 2026 18:47:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5780278 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2026 18:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5778609 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 24 2026 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5779415 | + | Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5771864 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 18:46:30 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5771863 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2026 18:46:15 | Jpmcb Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5782235 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2026 18:56:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5771866 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:54 | Macys/cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5771865 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2026 18:56:56 | Macys/cbna, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5771867 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 24 2026 18:47:00 | Navy Federal Cr Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5771868 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 24 2026 18:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |
| 5780052 | + | Email/Text: bkmailings@nbsdefaultservices.com | Feb 24 2026 18:47:00 | New Day Financial, LLC DBA NewDay USA, PO Box 4638, Englewood, Colorado 80155-4638 |
| 5771870 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 24 2026 18:47:00 | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 5771871 | | Email/PDF: cbp@omf.com | Feb 24 2026 18:46:14 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5780009 | + | Email/PDF: cbp@omf.com | Feb 24 2026 18:46:15 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5771873 | | Email/Text: bkrgeneric@penfed.org | Feb 24 2026 18:47:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 5771872 | | Email/Text: bkrgeneric@penfed.org | Feb 24 2026 18:47:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5771875 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 24 2026 18:47:00 | Regency Finance Co, c/o Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 5771876 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:40 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5771877 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:15 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5771878 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:15 | Syncb/jc Penney, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5771879 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:27 | Syncb/jc Penney Dc, PO Box 71729, Philadelphia, PA 19176-1729 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5771880 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:16 | Syncb/tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5771881 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2026 18:46:28 | Syncb/tjx Cos Dc, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5771882 | | Email/Text: bncmail@w-legal.com | Feb 24 2026 18:47:00 | Td Bank USA/Targetcred, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5771883 | | Email/Text: bncmail@w-legal.com | Feb 24 2026 18:47:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5775975 | + | Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5774159 | + | Email/Text: RASEBN@raslg.com | Feb 24 2026 18:47:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5771884 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 5771886 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |
| 5771885 | | Email/Text: bkelectronicnotices@usaa.com | Feb 24 2026 18:47:00 | Usaa Federal Savings Bank, PO Box 47504, San Antonio, TX 78265 |
| 5771887 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2026 18:46:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 5771889 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 24 2026 18:46:17 | Wfbna Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5771888 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 24 2026 18:46:16 | Wfbna Card, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5772747 | *+ | Bounce AI, Inc, 333 Metro Park, Suite S-205, Rochester, NY 14623-2632 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2026　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Natashia Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Christopher J Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor New Day Financial  LLC kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| Christopher J Cusumano and Natashia Cusumano | CASE NO. ___ ORIGINAL PLAN<br> _1st_ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)<br> _0_ Number of Motions to Avoid Liens<br> _0_ Number of Motions to Value Collateral |

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. <u>Plan Payments From Future Income</u>

    1. To date, the Debtor paid ___$0.00___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is ___$3,000.00___, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 02/2026 | 01/2031 | $50.00 | $0.00 | $50.00 | $3,000.00 |
| | | | | Total Payments: | $3,000.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ___ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

   _X_ Debtor is over median income. Debtor calculates that a minimum of ___$0.00___ must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is ___$0.00___. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

_X_ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

   D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   _X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

   E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

   F. **Surrender of Collateral.** *Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

   G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

   _X_ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

A. **Administrative Claims**

   1. *Trustee's Fees.* Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. *Attorney's fees.* Complete only one of the following options:

      a. In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $ _less than $5,400.00_ This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditor consistent with the priority scheme established in this plan.

   3. *Other.* Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
      *Check one of the following two lines.*

      _X_ None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

B. **Priority Claims (including certain Domestic Support Obligations)**

   Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

   | Name of Creditor | Estimated Total Payment |
   |---|---|
   |  |  |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

   _X_ None. If "None" is checked, the rest of § 3.C need not be completed or reproduced.

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

      _X_ None. If "None" is checked, the rest of § 4.A need not be completed or reproduced.

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ___ None. If "None" is checked, the rest of § 5 need not be completed or reproduced.

   _X_ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Ethos Group | Vehicle Gap Insurance | | | | | Reject |
| Verizon | Cell Phone Plan | | | | | Assume |
| Zurich | Vehicle Gap Insurance | | | | | Reject |

6. **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:* **See § 9.**

    __plan confirmation.
    __entry of discharge.
    __closing of case.

7. **DISCHARGE: (Check one)**

    ( x ) The debtor will seek a discharge pursuant to § 1328(a).

    (  ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

    If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

    Payments from the plan will be made by the Trustee in the following order:
    Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
    Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
    Level 3: Domestic Support Obligations
    Level 4: Amounts listed in ¶ 2.E, pro rata
    Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
    Level 6: Amounts listed in ¶ 2.D, pro rata
    Level 7: Amounts listed in ¶ 4.A, pro rata
    Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
    Level 9: General unsecured claims

    *If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

    **Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

    A. Vesting of Property. Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

    Dated: February 24, 2026                          _____
                                                                              Attorney for Debtor

_____
Debtor

_____
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.