**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Christopher J Cusumano and
Natashia Cusumano

CHAPTER:  13

Debtor(s) | CASE NO.    5:26-bk-00066-MJC

**NOTICE**

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date:   August 6, 2026                    Time:   10:00 am

Location:   U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA, 18701

The deadline for filing objections to confirmation of the Plan is: July 30, 2026.

Evidentiary hearings will not be conducted at the time of the confirmation hearing.  If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice.  A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing remotely shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: June 11, 2026

Filed by: s/Carlo Sabatini
Attorney for Debtors
Sabatini Law Firm, LLC