# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 13 |
|---|---|
| Christopher J. Cusumano and Natashia Cusumano, | Case No. 5:26-bk-00066-MJC |
| Debtors | |

### Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | • **Notice of Second Amended Chapter 13 Plan**  • **Second Amended Chapter 13 Plan** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 11, 2026

s/Amber Werner
Amber Werner, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Capital One Auto Finance<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| New Day Financial, LLC<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA  15219 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Bounce AI, Inc<br>333 Metro Park, Suite S-205<br>Rochester, NY 14623-2632 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Auto Finance<br>Attn Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 |
| AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Citibank N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citicards Cbna<br>Attn: Bankruptcy Department<br>PO Box 790046<br>Saint Louis, MO 63179-0046 |
| Citicards Cbna<br>PO Box 6217<br>Sioux Falls, SD 57117-6217 |
| Comenity bank/caesars<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |

| |
|---|
| Comenity bank/caesars<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenitycb/ULTA<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycb/ulta Mc<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Defense Finance and Accounting Services<br>Attention: DFAS HGA/CL<br>PO Box 998002<br>Cleveland, OH 44199-8002 |
| Dept of Defense Thrift Savings Plan<br>ThriftLine Service Center<br>c/o Broadridge Processing<br>PO Box 1600<br>Newark, NJ 07101-1600 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discovercard<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| Ethos Group<br>PO Box 140249<br>Irving, TX 75014-0249 |
| JPMorgan Chase Bank, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jpmcb Card<br>Attn: Bankruptcy<br>PO Box 15299<br>Wilmington, DE 19850-5299 |
| Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| |
|---|
| Macys/cbna<br>Attn: Bankruptcy<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Macys/cbna<br>PO Box 6789<br>Sioux Falls, SD 57117-6789 |
| NAVY FEDERAL CREDIT UNION<br>P.O.BOX 3000<br>MERRIFIELD, VA 22119-3000 |
| Navy Federal Cr Union<br>PO Box 3700<br>Merrifield, VA 22119-3700 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 3302<br>Merrifield, VA 22119-3302 |
| New Day Financial, LLC, DBA NewDay USA<br>PO Box 4638<br>Englewood, Colorado 80155-4638 |
| NewDay USA<br>360 S Rosemary Ave., Suite 1900<br>West Palm Beach, FL 33401-6058 |
| Nissan Motor Acceptance<br>PO Box 660366<br>Dallas, TX 75266-0366 |
| Nissan Motor Acceptance Corp.<br>c/o Nissan Motor Acceptance Company LLC<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| OneMain Financial<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Pentagon Federal Credit Union<br>1001 N Fairfax St<br>Alexandria, VA 22314-1797 |
| Pentagon Federal Credit Union<br>Attn: Bankruptcy<br>2930 Eisenhower Ave.<br>Alexandria, VA 22314-4557 |
| Progressive Financial Services Inc.<br>PO Box 24098<br>Tempe, AZ 85285-4098 |

| |
|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Regency Finance Co<br>c/o Mariner Finance.<br>8110 Corporate Dr.<br>Nottingham, MD 21236-5034 |
| Syncb/Care Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Care Credit<br>PO Box 71757<br>Philadelphia, PA 19176-1757 |
| Syncb/jc Penney<br>Attn: Bankruptcy<br>PO Box 965065<br>Orlando, FL 32896-5065 |
| Syncb/jc Penney Dc<br>PO Box 71729<br>Philadelphia, PA 19176-1729 |
| Syncb/tjx<br>Attn: Bankruptcy<br>PO Box 965065<br>Orlando, FL 32896-5065 |
| Syncb/tjx Cos Dc<br>PO Box 71737<br>Philadelphia, PA 19176-1737 |
| Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Td Bank USA/Targetcred<br>c/o Financial & Retail Srvs Mailstop BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |

| |
|---|
| USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid, Crane &<br>Partners, PLLC<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 |
| Usaa Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288-0002 |
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0001 |
| Usaa Federal Savings Bank<br>PO Box 47504<br>San Antonio, TX 78265 |
| Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Wfbna Card<br>Attn: Bankruptcy<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Wfbna Card<br>PO Box 393<br>Minneapolis, MN 55480-0393 |
| Zurich<br>Universal Underwriters Service Corporation<br>PO Box 7922<br>Shawnee Mission, KS 66207-0922 |
| Chris and Natashia Cusumano<br>1044 Oneida Dr.<br>Gouldsboro, PA 18424-8141 |