**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  Christopher J. Cusumano and    *        CHAPTER 13
Natashia Cusumano,                  *
                                *        CASE NO. 5:26-bk-00066-MJC
                                *

        Debtors

## AMENDED REQUEST FOR PAYMENT OF
## CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed upon a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney prior to filing petition | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) _____ | $ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ 3,313.00 |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 3,313.00 |
| 5. Compensation and expenses to be approved by the Court to be paid through plan distributions, less balance in client trust account: | $ 8,729.50* |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $8,729.50* |

Dated:  <u>July 27, 2026</u>                         /s/ Carlo Sabatini
                                         Attorney for Debtor

\* The stated dollar amount is an estimate only. Counsel's application for expenses incurred and compensation earned through the filing of this statement will not underfund the plan. If those expenses and compensation would cause the plan to be underfunded, then the fee application will propose that those fees would be paid only to the extent that funds are available to pay them without underfunding the plan.