United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Christopher J Cusumano
Natashia Cusumano
Debtors

Case No. 26-00066-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Aug 20, 2026 | Form ID: trc | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5780052 | + | Email/Text: bkmailings@nbsdefaultservices.com | Aug 20 2026 18:55:00 | New Day Financial, LLC DBA NewDay USA, PO Box 4638, Englewood, Colorado 80155-4638 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Christopher J Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Natashia Cusumano usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |

| | |
|---|---|
| Keri P Ebeck | on behalf of Creditor New Day Financial LLC kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:26-bk-00066-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher J Cusumano
1044 Oneida Dr
Gouldsboro PA 18424

Natashia Cusumano
1044 Oneida Dr
Gouldsboro PA 18424

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2026.

Name and Address of Alleged Transferor(s):

Claim No. 7: New Day Financial, LLC DBA NewDay USA, PO Box 4638, Englewood, Colorado 80155

Name and Address of Transferee:

Freedom Mortgage Corporation
Bankruptcy Department
11988 EXIT 5 PKWY, BLDG 4
Fishers, IN 46037-7939
Freedom Mortgage Corporation
Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/22/26

Seth F. Eisenberg
**CLERK OF THE COURT**